```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- x
MONZER AL KASSAR,                     :
                    Plaintiff,        :
                                      :
            -v-                       :
                                      :    13-cv-03541 (JSR)
UNITED STATES OF AMERICA,             :
                                      :         ORDER
                    Defendant.        :
                                      :
------------------------------------- :
                                      x
```

JED S. RAKOFF, U.S.D.J.

The Order dated January 27, 2025 (ECF No. 30) was entered in error. Clerk to strike ECF No. 30 from Docket No. 13-cv-03541.

SO ORDERED.

Dated: New York, New York
       April 11, 2025

_____
JED S. RAKOFF, U.S.D.J.